UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 12-253 |
| ELIJAH WASHINGTON, JR. | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court upon an indictment filed by Paul J. Fishman, United States Attorney for the District of New Jersey (Andrew J. Bruck, Assistant U.S. Attorney, appearing), and defendant Elijah Washington, Jr. (Peter Willis, Esq. appearing) having been charged with violations of Title 26, United States Code, Sections 7206(2) and 7201, application is hereby made for an order granting a continuance of the proceedings in the above-captioned matter from August 20, 2012 through October 31, 2012, and the defendant being aware that he has the right to have this matter submitted to a trial jury within 70 days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant consents to the continuance; and

Fax sent by :                                                              08-20-12 01:09p   Pg:   3/4

(2) Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 21st day of August, 2012 ORDERED that this action be, and it hereby is, continued from August 20, 2012 through October 31, 2012; and

IT IS FURTHER ORDERED that the period from August 15, 2012 through October 31, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that all dates for the parties to file and respond to motions, for the motion hearing and for trial in the court's Complex Case Order dated May 30, 2012 is hereby amended so that:

- All pretrial motions to be filed by: October 1, 2012
- The Government's opposition to defendant's motions to be filed by: October 15, 2012
- Return date for pre-trial motions: Oct. 22, 2012
- Trial to commence: 10/29/12 at 9:00 am

JOSE L. LINARES
United States District Judge

08-21-12 08:25a   Pg: 3                                              Fax from : 2016591964

Fax sent by     :                                                                08-20-12  01:10p   Pg:   4/4

Agreed and consented to:

*(signature)*

PETER WILLIS
Counsel for Defendant Elijah Washington, Jr.

*(signature)*

ANDREW J. BRUCK
Assistant U.S. Attorney